

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00023-CV

**IN RE** Camoray **ESCOBAR**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
               Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: February 4, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Camoray Escobar, filed her petition for writ of mandamus on January 12, 2026.

Having reviewed the petition for writ of mandamus, this court has determined that relator has not

established that she is entitled to the relief sought. The petition for writ of mandamus is **DENIED**.

*See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-PA-01069, styled *the Interest of D.W. and A.W., Children.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Raul Perales presiding.